# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0913
_____

ROBERT GREEN and KATHERINE
GREEN,

    Appellants,

    v.

PARIS CONSTRUCTION, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

March 13, 2026

PER CURIAM.

    AFFIRMED.

RAY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kim Skievaski of Kim Anthony Skievaski, P.A., Pensacola, for Appellants.

Kevin David Franz and Nicholas Ryan Consalvo of Boyd & Jenerette, P.A., Boca Raton, for Appellee.